**UNITED STATES DISTRICT COURT**

for

**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

U.S.A. vs. Terrill B. Allison            Docket No. 5:12-MJ-1054-1

**Petition for Action on Supervised Release**

      COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrill B. Allison, who was originally placed on probation for a period of 12 months under 18 U.S.C. §3607 on November 6, 2012, by the Honorable James E. Gates. His use of illegal substances resulted in the striking of the order of probation under 18 U.S.C. §3607 and the entry of a judgment of conviction on September 11, 2013. He was placed on 12 months probation by the Honorable William A. Webb. Probation was revoked on January 15, 2014, due to additional drug use, and the defendant was sentenced to 180 days confinement and 6 months supervised release under the standard conditions of supervised release. Terrill B. Allison was released from custody on July 11, 2014, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a history of marijuana abuse. Given this history, we recommend adding a drug aftercare condition to his term of supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows: The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility. Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 30, 2014 |

**ORDER OF COURT**

Considered and ordered this __1st__ day of _____August_____, 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge

Case 5:12-mj-01054-JG   Document 35   Filed 08/01/14   Page 1 of 1
